UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KRUEGER INTERNATIONAL., INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No. 05-C-563

ROYAL INDEMNITY COMPANY, F/N/A
ROYAL INSURANCE COMPANY OF AMERICA,

    Defendant.

**ORDER**

    The parties have advised the court that the issues in the above matter are most likely legal in nature and amenable to summary judgment. The case concerns a question of coverage under an insurance policy issued by the defendant to the plaintiff. Based upon the foregoing, the parties have proposed to the court a schedule for briefing on such motions. The court agrees with the parties' assessment of the case and hereby adopts the following briefing schedule:

1. Each parties' brief and moving papers shall be filed on or before December 1, 2005.
2. Response briefs in opposition shall be filed by January 15, 2006.
3. Reply briefs, if any, shall be filed by February 7, 2006.

    The parties are free to pursue the discovery outlined in their Rule 26 report and no further scheduling will occur until after the decision on proposed summary judgment motions.

    Dated this __15th__ day of August, 2005.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge